3

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS BROWNSVILLE DIVISION

NICOLAS REYES, INDIVIDUALLY AND
MAGDA REYES, INDIVIDUALLY AND AS
NEXT FRIEND OF MINORS JUAN AMAYA
SERGIO REYES AND ANISAA REYES

SUMMONS IN A CIVIL CASE

VS.

CASE NUMBER: B02-237

PORFIRIO ANAYA AND THE UNITED
STATES DEPARTMENT OF JUSTICE/
IMMIGRATION AND NATURALIZATION
SERVICE

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

TO: (Name and address of Defendant)

DEPARTMENT OF JUSTICE/IMMIGRATION AND NATURALIZATION SERVICE
OFFICE OF THE REGIONAL COUNSEL
CENTRAL REGION
7701 N. STEMMONS FREEWAY
DALLAS, TX 75247

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SAN JUANITA R. CAMPOS
LAW OFFICE OF EZEQUIEL REYNA, JR., L.L.P.
702 W. EXPRESSWAY 83, SUITE 100
WESLACO, TX 78596
(956-968-9556)

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

Jan. 7, 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-11-2003 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ ~~Returned unexecuted:~~  Sent by Certified Mail
#7002 0460 0000 6101 0898
7707 N. Stemmons Freeway
Dallas, Tx 75247

☒ Other (specify): Defendant was served with the following: Plaintiffs' Original Complaint, Order Setting Conference - April 25, 2003 at 9:30 a.m., Civil Procedures (Order Setting Conference, Joint Discovery/Case Management Plan, Scheduli[ng] order, Required Contents of Joint Pretrial, Notice of the Right to Try&Co[n]

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     /s/ Marilyn Strong
                Date                           Signature of Server

Mission, Tx
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Direct Query - Intranet     Page 1 of 1



**Track/Confirm - Intranet Item Inquiry**
Item Number: 7002 0460 0000 0101 0398

**This item was delivered on 01/13/2003 at 11:20.**





**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**

