4

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS BROWNSVILLE DIVISION

NICOLAS REYES, INDIVIDUALLY AND
MAGDA REYES, INDIVIDUALLY AND AS
NEXT FRIEND OF MINORS JUAN AMAYA
SERGIO REYES AND ANISAA REYES

**SUMMONS IN A CIVIL CASE**

VS.

CASE NUMBER: B02-237

PORFIRIO ANAYA AND THE UNITED
STATES DEPARTMENT OF JUSTICE/
IMMIGRATION AND NATURALIZATION
SERVICE

United States District Court
Southern District of Texas
FILED

JAN 27 2003

Michael N. Milby
Clerk of Court

TO: (Name and address of Defendant)

THE UNITED STATES DEPARTMENT OF JUSTICE/IMMIGRATION AND NATURALIZATION SERVICE,
MAY BE SERVED BY SERVING MICHAEL T. SHELBY
UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS
P.O. BOX 6119
HOUSTON, TX 77208

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SAN JUANITA R. CAMPOS
LAW OFFICE OF EZEQUIEL REYNA, JR., L.L.P.
702 W. EXPRESSWAY 83, SUITE 100
WESLACO, TX 78596
(956-968-9556)

an answer to the complaint which is herewith served upon you, within **(60 days)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasona period of time after service.

Michael N. Milby, Clerk

CLERK

DATE  Jan. 7, 2003

≀AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1-11-2003 |
| NAME OF SERVER (PRINT) Marilyn Stroud | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

~~☐ Returned unexecuted:~~ *Sent by Certified Mail*
*#7002 0460 0000 6010 0881*
*P.O. Box 6119, Houston, TX 77208*

☒ Other (specify): **Defendant was served with the following: Plaintiffs' Original Complaint, Order Setting Conference – April 25, 2003 at 9:30 a.m., Civil Procedures (Order Setting Conference, Joint Discovery/Case Management Plan, Schedulin order, Required Contents of Joint Pretrial, Notice of the Right to Try&Con**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-13-2003
                Date

Signature of Server: *Marilyn Stroud*

Address of Server: *Mission, TX*



| | |
|---|---|
| Postage | $ 1.98 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.03 |

Sent To: U.S. Dept. of Justice/Immigration +
c/o Michael S. Whitney, U.S. Naturalization Ser-
Street, Apt. No.; for the Southern District of T
or PO Box No. P.O. Box 6119
City, State, ZIP+4 Houston, Tx 77208

PS Form 3800, January 2001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept. of Justice/Immigration + Naturalization
Office of The Regional Counsel  Service
Central Region
7701 N. Stemmons Freeway
Dallas
Texas 75247

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
[name]  1-13

D. Is delivery address different from item 1?  ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035