5

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __TEXAS BROWNSVILLE DIVISION__

NICOLAS REYES, INDIVIDUALLY AND
MAGDA REYES, INDIVIDUALLY AND AS
NEXT FRIEND OF MINORS JUAN AMAYA
SERGIO REYES AND ANISAA REYES

VS.

PORFIRIO ANAYA AND THE UNITED
STATES DEPARTMENT OF JUSTICE/
IMMIGRATION AND NATURALIZATION
SERVICE

SUMMONS IN A CIVIL CASE

CASE NUMBER: B02-237

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

TO: (Name and address of Defendant)

PORFIRIO ANAYA
UNITED STATES BORDER PATROL
3902 S. EXPRESSWAY 83
HARLINGEN, TX 78550

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SAN JUANITA R. CAMPOS
LAW OFFICE OF EZEQUIEL REYNA, JR., L.L.P.
702 W. EXPRESSWAY 83, STE. 100
WESLACO, TX 78596
(956-968-9556)

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                               Jan. 7, 2003

CLERK                                                  DATE

_Rita Nieto_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1-11-2003 |
| NAME OF SERVER (PRINT) MARILYN STROUD | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: United State Border Patrol
3902 W. Expressway 83, Harlingen, Tx 78550
Sent by Certified Mail Restricted Delivery # 7002 0460 0000 010 0874

☒ Other (specify):  Defendant was served with the following: Plaintiffs' Original Complaint, Order Setting Conference – April 25, 2003 at 9:30 a.m., Civil Procedures (Order Setting Conference, Joint Discovery/Case Management Plan, Scheduling order, Required Contents of Joint Pretrial, Notice of the Right to Try&Cons

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-14-03
           Date

Signature of Server: Marilyn Stroud

Address of Server: Mission, Tx

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 175 |
| Certified Fee | | 230 |
| Return Receipt Fee (Endorsement Required) | | 175 |
| Restricted Delivery Fee (Endorsement Required) | | 350 |
| Total Postage & Fees | $ | 930 |

Postmark: McALLEN, JAN 11 2003, TX

Sent To: Porfirio Anaya
c/o United States Border Patrol
Street, Apt. No.; or PO Box No. 3902 S. Expressway 83
City, State, ZIP+4 Harlingen, Tx 78550

PS Form 3800, January 2001   See Reverse for Instructions

Article Number: 7002 0460 0000 0101 0874

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Porfirio Anaya
c/o United States Border Patrol
3902 S. Expressway 83
Harlingen,
Texas 78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 1/14/03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7002 0460 0000 0101 0874

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035