UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 11 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NICOLAS REYES, Individually and MAGDA REYES, Individually and as Next Friend of Minors, JUAN Anaya, SERGIO REYES AND ANISSA REYES, Plaintiffs | § § § § § | |
| V. | § | CIVIL ACTION No. B-02-237 |
| PORFIRIO ANAYA and the UNITED STATES DEPARTMENT OF JUSTICE/IMMIGRATION AND NATURALIZATION SERVICE, Defendants | § § § § § | |

JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    **Response:** On April 11, 2003, Plaintiffs' counsel San Juanita R. Campos, held a telephone conference with defense counsel, Assistant U.S. Attorney Nancy L. Masso.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

    **Response:** The parties are unaware of any other pending cases related to this matter.

3. Briefly describe what this case is about.

    **Response:** On October 13, 2001, plaintiffs were involved in a motor vehicle accident with a vehicle being driven by Border Patrol Agent Porfirio Anaya. At the time of the accident, Defendant Anaya was employed by the United States Border Patrol, a division of the Immigration and Naturalization Service. Plaintiffs' claim is brought pursuant to the Federal Tort Claims Act. Plaintiffs seek to recover personal injuries and property damage from this accident.

4.  Specify the allegation of Federal jurisdiction.

    **Response:** **The basis for Federal jurisdiction is 28 U.S.C.A. § § 2671-2680**

5.  Name the parties who disagree and the reasons.

    **Response:** **The Defendants dispute that they are properly named Defendants in this lawsuit. 28 U.S.C. 2679(a). The U.S.A. is the only proper Defendant under the F.T.C.A. and service may be made upon the U.S.A. in accordance with Rule 4(i) of the F.R.C.P.**

6.  List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

    **Response:** **At this time, Defendant's position is that USA is the only proper defendant in this case.**

7.  List anticipated interventions.

    **Response:** **At this time, the parties do not anticipate any interventions.**

8.  Describe class-action issues.

    **Response:** **The parties do not believe any class-action issues exist.**

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    **Response:** **Plaintiffs have not made initial disclosures but do intend to do so no later than May 30, 2003.**

    **Defendants have not made the initial disclosures but will do so within 20 days of any amendments designating the U.S.A. as a Defendant and dismissing Border Patrol Agent Porfirio Anaya and the Immigration Naturalization Service as Defendant's.**

10. Describe the proposed agreed discovery plan, including: Responses to all matters raised in Rule 26(f); When and to whom the plaintiff anticipates it may send interrogatories; When and to whom the defendant anticipates it may send interrogatories; Of whom and by when the plaintiff anticipates taking oral depositions; of whom and by when the defendant

anticipates taking oral depositions; When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Response:**

A.     Responses to all matters raised in Rule 26(f):

**Plaintiffs believe that it can respond to all matters raised in Rule 26(f) prior to August 15, 2003.**

**Defendants believes that they can respond to all matters raised in Rule 26(f) prior to October 10, 2003.**

B.     When and to whom the plaintiff anticipates it may send interrogatories:

**Plaintiffs will send discovery to Defendants no later than May 31, 2003.**

C.     When and to whom the defendants anticipates it may send interrogatories:

**Defendants will send discovery to plaintiffs no later than June 15, 2003.**

D.     Of whom and by when the plaintiffs anticipate taking oral depositions:

**Plaintiffs may take the oral depositions of defendant Porfirio Anaya and of Porfirio Anaya's supervisor prior to and up until the time of the accident. Plaintiff may also request the deposition of the police officer who investigated this accident. Plaintiffs intend to take depositions no later than September 30, 2003.**

E.     Of whom and by when the defendant anticipates taking oral depositions:

**Defendants intend to take the depositions of plaintiffs and any fact witnesses by August 1, 2003.**

F.     When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their

reports:

**Plaintiffs intend to designate experts prior to July 31, 2003.**

**Defendants intend to designate experts prior to September 18, 2003.**

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report):

**Plaintiffs intend to depose any and all experts defendants may designate in regards to this matter. Plaintiffs anticipate taking these depositions in September, October and/or November, 2003 (or no later than 30 days before trial).**

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report):

**Defendants intends to depose plaintiffs' expert(s) within 30-60 days from receipt of their report.**

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Response:** **At this time, the parties do not have any significant issues in regards to this discovery plan.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**Response:** **At this time, none other than that which took place during the administrative claims processing stage.**

13. State the date the planned discovery can reasonably be completed.

**Response:** **The parties believe discovery can be reasonably completed within a nine to twelve month period.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**Response:** **From the government's perspective this is difficult to say. The creation of the Department of Homeland Security has created some delays in obtaining necessary approvals for settlement.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **Response:** **Plaintiffs provided Defendants copies of all medical reports and bills available to them prior the commencing this litigation.**

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    **Response:** **The parties are amenable to any and all alternate dispute resolutions, including mediation and/or arbitration of this matter.**

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **Response:** **At this time, the parties do not agree to a trial by a magistrate.**

18. State whether a jury demand has been made and if it was made on time.

    **Response:** **Plaintiffs have demanded a jury trial. Defendant's submit that Plaintiffs are not entitled to a jury trial under 28 USC § 2402**

19. Specify the number of hours it will take to present the evidence in this case.

    **Response:** **Plaintiffs believe that they can present their case within two to three days.**

    **Defendants required 2 hours.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **Response:** **Parties are in agreement that Plaintiffs will file an unopposed motion for leave to amend complaint to include the U.S.A. as a party and dismiss agent Porfirio Anaya and the Immigration Naturalization Service as agent Porfirio Anaya was within the scope of his employment at the time of this accident.**

21. List other motions pending.

    **Response:** **None, at this time. However, Defendants intend to file a Motion to Dismiss no later than April 14, 2003 should Plaintiffs fail to move to amend.**

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **Response:** **If any of the Plaintiffs are minors, we will need to have adlitems appointed at some time.**

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    **Response:** **Plaintiffs filed their Disclosures on April 8, 2003.**

    **Defendant have not filed any disclosures. Defendants are not proper party Defendants in this lawsuit.**

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

    Response:   San Juanita R. Campos
    Texas State Bar No. 03733090
    Federal Bar No. 10044
    702 W. Expressway 83, Suite 100
    Weslaco, Texas 78596
    (956) 968-9556
    (956) 969-8012 (Fax)

    Nancy L. Masso, Assistant U.S. Attorney
    Texas State Bar No. 00800490
    Federal Bar No. 10263
    Michael T. Shelby, U.S. Attorney
    600 E. Harrison, No. 201
    Brownsville, Texas 78520
    (956) 548-2554
    (956) 548-2549 (Fax)

    _____   Date  April 11, 2003
    Counsel for Plaintiffs, San Juanita R. Campos

    _____   Date  4-11-03
    Counsel for Defendants, Nancy L. Masso