UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NICOLAS REYES, INDIVIDUALLY, and MAGDA REYES, INDIVIDUALLY AND AS NEXT FRIEND OF MINORS JUAN AMAYA, SERGIO REYES AND ANISSA REYES | § § § § § | |
| V. | § § | CASE NO. B-02-237 |
| PORFIRIO ANAYA AND THE UNITED STATES DEPARTMENT OF JUSTICE/IMMIGRATION AND THE NATURALIZATION SERVICE | § | |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND

After considering Plaintiffs' Motion for Leave to Amend, the court is of the opinion that this Motion should be GRANTED.

SIGNED ON _____April 22_____, 2003.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
San Juanita R. Campos

cc:   San Juanita R. Campos, Law Offices of Ezequiel Reyna, Jr. L.L.P., 702 W. Expressway 83, Suite 100, Weslaco, Texas 78596

Nancy L. Masso, Assistant U.S. Attorney, Michael T. Shelby, U.S. Attorney, 600 E. Harrison, No. 201, Brownsville, Texas 78520

3