THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

United States District Court
Southern District of Texas
FILED

APR 2 5 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-237            DATE & TIME 4/25/03 @ 9:56 - 10:20 am

NICOLAS REYES, ET AL                 PLAINTIFF'S  SAN JUANITA REYNA CAMPOS
                                     COUNSEL

VS

PORFIRIO ANAYA, ET AL                DEFENDANTS' NANCY MASSO, AUSA
                                     COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case is called on the docket. San Juanita Reyna Campos appeared for the Plaintiffs. Nancy Masso, AUSA, appeared for the Defendants.

Attorneys request a delay in discovery for 60 days to see if the a settlement can be reached. If not, then mediation will be requested. Parties are to agree on mediator and ad litem. If one cannot be reached, Court will the appoint one.

Court enters scheduling order and following dates are given:

   Docket Call/Final Pretrial Conference set for - 12/4/03 @ 1:30 pm
   Plaintiffs' experts by - 9/1/03
   Defendants' experts by - 10/1/03
   Discovery completed by - 11/14/03
   Dispositive motions filed by - 11/14/03
   Non-dispositive motions filed by - 12/1/03
   Joint Pretrial Order due by - 12/1/03
   Trial will be set in December

Parties are to informed the Court in writing if the case has settled or not settled and if the Court needs to appoint a mediator.

Court is adjourned.