```
                                                      United States District Court
                                                       Southern District of Texas
          IN THE UNITED STATES DISTRICT COURT                   ENTERED
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION                       APR 3 0 2003

                                                         Michael N. Milby, Clerk of Court
                                                         By Deputy Clerk
```

NICOLAS REYES, ET AL              §
                                  §
VS.                               §    CIVIL ACTION NO. B-02-237
                                  §
PORFIRIO ANAYA, ET AL             §

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.          ■ Bench   ☐ Jury

2. New parties must be joined by:                     _____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    September 1, 2003

4. The defendant's experts must be named with a report furnished by:    October 1, 2003

5. Discovery must be completed by:                                      November 14, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                November 14, 2003

   Non-Dispositive Motions will be filed by:                            December 1, 2003


************************   The Court will provide these dates.   ************************

7. Joint pretrial order is due:                                         December 1, 2003
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                                 December 4, 2003
9. Jury Selection is set for 9:00 a.m. on:                              _____


The case will remain on standby until tried.

Signed this the __25th__ day of __April__, 2003.

_____
Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**