IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NICOLAS REYES, Individually and MAGDA REYES, Individually and as Next Friend of Minors, JUAN AMAYA, SERGIO REYES, and ANISSA REYES, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION No. B-02-237 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

### UNITED STATES OF AMERICA'S ANSWER
### TO PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Defendant herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files this its answer to Plaintiffs' First Amended Original Complaint and respectfully shows unto the Court as follows:

#### 1. PRELIMINARY STATEMENT

a.   This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

#### 2. PARTIES

a.   Defendant lacks sufficient information and/or knowledge from which it can form a response. To the extent that a response is required, the Defendant denies the allegations in this paragraph.

b.   Defendant admits that the United States is the proper party Defendant for claims brought under the Federal Tort Claims Act.

### 3. JURISDICTION AND VENUE

a.  Admit.

b.  Admit.

### 4. FACTS ON WHICH SUIT IS BASED

a.  Admit the first two sentences of this paragraph. Admit that Border Patrol Agent was attempting a u-turn at the time he collided with the Plaintiffs' vehicle. All other allegations sound in argument of counsel; as such they are denied.

b.  This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

c.  This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

d.  Admit.

e.  Admit.

f.  This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

### 5. DAMAGES

a.  This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

### 6. JURY DEMAND

a.  Deny. Plaintiffs are not entitled to a jury trial for claims brought under the Federal Tort Claims Act. *(See 28 U.S.C. 2402).*

### 7. PRAYER

a.  This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

It is affirmatively alleged that Plaintiffs' Original Complaint fails to state a claim upon which relief can be granted. Rule 12(b)(6) of the Federal Rules of Civil Procedure.

### SECOND AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, it is affirmatively alleged that the injuries and/or property damages alleged in the petition were not proximately caused by a negligent or wrongful act or omission of an employee of the United States.

### THIRD AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendant alleges that any and all injuries and damages allegedly suffered by the plaintiffs were caused by plaintiffs' own negligence, acts and/or omissions.

### FOURTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendant alleges that plaintiffs injuries and/or property damages, if any, are the result of the contributory negligence of plaintiffs. Plaintiffs' recovery, if any, is reduced and/or barred by the applicable Texas common or statutory law governing comparative negligence.

### FIFTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiffs have not suffered the alleged damages claimed by the plaintiffs in their Complaint or First Amended Original Complaint.

### SIXTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiffs' recovery, if any, in this action is limited to the amount stated in the administrative claim pursuant to 28 U.S.C. §2675(b).

### SEVENTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiffs are not entitled to attorney's fees against the United States pursuant to 28 U.S.C. §2678 which provides no attorney shall charge for services rendered, fees in excess of 25% of any judgment or settlement made in this FTCA case.

### EIGHTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiffs are not entitled to pre-judgment interest under the Federal Tort Claims Act. See 28 U.S.C. 2674.

### NINTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiffs are not entitled to a jury for claims against the United States under the Federal Tort Claims Act. 28 U.S.C. 2402.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to properly serve the United States. Rule 4(i)(1)(B) of the Federal Rules of Civil Procedure requires Plaintiffs to serve the United States Attorney General with a copy of the summons and complaint.

\
\
\
\

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that the plaintiffs take nothing by their suit, that the suit be dismissed with prejudice, and that the United States of America have such other and further relief to which it may be entitled.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States of America's Answer To Plaintiffs' First Amended Original Complaint was mailed on this the 12th day of May, 2003 via Certified Mail, Return Receipt Requested to San Juanita R. Campos, Attorney at Law, LAW OFFICES OF EZEQUIEL REYNA, JR., L.L.P., 702 W. Expressway 83, Suite 100, Weslaco, Texas 78596.

NANCY L. MASSO
Assistant U.S. Attorney