IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NICOLAS REYES, Individually and <br> MAGDA REYES, Individually and as <br> Next Friend of Minors, JUAN AMAYA, <br> SERGIO REYES, and ANISSA REYES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION No. B-02-237 |

### DEFENDANT'S UNOPPOSED MOTION FOR APPOINTMENT OF AN ATTORNEY/GUARDIAN AD LITEM

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Defendant herein, moves this Court to appoint an *attorney/guardian ad litem* for the plaintiffs who are minor children—Juan Amaya, Sergio Reyes, and Anissa Reyes. The Defendant seeks the appointment of an *ad litem* to review and confirm whether settlement terms negotiated by the parties herein are fair and reasonable with regard to the interests of the minor children who are Plaintiffs.

McAllen attorney, Ricardo Garcia, has been contacted and has indicated that he is willing to act as *ad litem*. Ricardo Garcia is a licensed to practice law in the State of Texas and the United States District Courts for the Southern District of Texas.

The parties herein have no objection to his appointment as *ad litem* to determine whether the settlement terms negotiated are fair and reasonable as they relate to the minor children herein.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel: (956) 548-2554; Fax: (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF CONSULTATION

I certify that on May 15, 2003, I consulted with Plaintiffs' attorney, San Juanita Campos, regarding this motion. Ms. Campos advised that she was not opposed to this motion. Ms. Campos advised that she had been in contact with Mr. Garcia, and he indicated that he has no objection to being appointed as *ad litem* in this matter.

**May 27, 2003**

NANCY L. MASSO
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Defendant's Unopposed Motion for Appointment of Attorney/Guardian Ad Litem was mailed on this the 27th day of May, 2003 via Certified Mail, Return Receipt Requested to San Juanita R. Campos, Attorney at Law, LAW OFFICES OF EZEQUIEL REYNA, JR., L.L.P., 702 W. Expressway 83, Suite 100, Weslaco, Texas 78596.

NANCY L. MASSO
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NICOLAS REYES, Individually and <br> MAGDA REYES, Individually and as <br> Next Friend of Minors, JUAN AMAYA, <br> SERGIO REYES, and ANISSA REYES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> *  CIVIL ACTION No. B-02-237 <br> * <br> * <br> * <br> * |

## ORDER APPOINTING ATTORNEY/GUARDIAN AD LITEM

Today, this Court considered the Defendant's unopposed motion to appoint attorney Ricardo Garcia as attorney/guardian *ad litem* in this case for the minor children who are plaintiffs.

The motion indicates that is unopposed. It also indicates that Mr. Garcia, a member of the State Bar of Texas and the bar for the United States District Court for the Southern District of Texas, has no objection to serving as an ad litem for purposes of reviewing the settlement terms negotiated between the parties to determine whether said terms are in the best interests of the minor children. As such, since all parties appear to be in agreement, this Court

HEREBY APPOINTS attorney Ricardo Garcia to serve as attorney/guardian *ad litem* for the minor children: Juan Amaya, Sergio Reyes, and Anissa Reyes. Court records should reflect the following information for Mr. Garcia:

Ricardo Garcia
Attorney at Law
820 S. Main
McAllen, TX 78501
Tel: (956) 630-2882
Fax: (956) 630-5393
Federal ID No. 1095
Texas Bar No. 07643200

Signed this ____ day of _____, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE