IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 29 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NICOLAS REYES, Individually and<br>MAGDA REYES, Individually and as<br>Next Friend of Minors, JUAN AMAYA,<br>SERGIO REYES, and ANISSA REYES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION No. B-02-237 |

## ORDER APPOINTING ATTORNEY/GUARDIAN AD LITEM

Today, this Court considered the Defendant's unopposed motion to appoint attorney Ricardo Garcia as attorney/guardian *ad litem* in this case for the minor children who are plaintiffs.

The motion indicates that is unopposed. It also indicates that Mr. Garcia, a member of the State Bar of Texas and the bar for the United States District Court for the Southern District of Texas, has no objection to serving as an ad litem for purposes of reviewing the settlement terms negotiated between the parties to determine whether said terms are in the best interests of the minor children. As such, since all parties appear to be in agreement, this Court

HEREBY APPOINTS attorney Ricardo Garcia to serve as attorney/guardian *ad litem* for the minor children: Juan Amaya, Sergio Reyes, and Anissa Reyes. Court records should reflect the following information for Mr. Garcia:

Ricardo Garcia
Attorney at Law
820 S. Main
McAllen, TX 78501
Tel: (956) 630-2882
Fax: (956) 630-5393
Federal ID No. 1095
Texas Bar No. 07643200

Signed this 27th day of May, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE