UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NICOLAS REYES, Individually and MAGDA REYES, Individually and as Next Friend of Minors, JUAN AMAYA, SERGIO REYES, and ANISSA REYES | § § § § § | |
| V. | § § | CIVIL ACTION NO. B-02-237 |
| PORFIRIO ANAYA and the UNITED DEPARTMENT OF JUSTICE/IMMIGRATION AND NATURALIZATION SERVICE, | § § § | |

### PLAINTIFFS' MOTION FOR FRIENDLY SUIT HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs hereby requests that this Honorable Court set the above-styled and numbered cause for a Friendly Suit Hearing at the Court's earliest convenience.

Respectfully submitted,

LAW OFFICES OF EZEQUIEL REYNA, JR., LLP
702 W. Expressway 83, Ste. 100
Weslaco, Texas 78596
(956) 968-9556
(956) 969-8012 (Fax)

By: _____
San Juanita R. Campos
State Bar No. 03733090
Federal Bar No. 10044
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      A true and correct copy of the above and foregoing document has been served on Defendant's counsel of record pursuant to the Texas Rules of Civil Procedure on this the _23_ day of June, 2003, at the following address:

Nancy L. Masso
Assistant U.S. Attorney #201
600 E. Harrison
Brownsville, Texas 78520

Ricardo Garcia
820 S. Main Street
McAllen, Texas 78501

                                      San Juanita R. Campos