UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| NICOLAS REYES, Individually and MAGDA REYES, Individually and as Next Friend of Minors, JUAN AMAYA, SERGIO REYES, and ANISSA REYES<br><br>V.<br><br>PORFIRIO ANAYA and the UNITED DEPARTMENT OF JUSTICE/IMMIGRATION AND NATURALIZATION SERVICE, | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-02-237<br>§<br>§<br>§<br>§ |

## ORDER SETTING HEARING

On this day came to be considered the request for a Friendly Suit Hearing in the above-styled

cause. The Court finds that such request is in order and hereby ORDERS that a hearing be scheduled

for the _1st_ day of _July_ 2003, at _3:00_ o'clock _p_.m. The Clerk is to notify all parties.

SIGNED on this _26th_ day of _June_, 2003.

_____
JUDGE PRESIDING

cc:   San Juanita R. Campos
      Law Offices of Ezequiel Reyna, Jr.
      702 W. Expressway 83, Ste. 100
      Weslaco, Texas 78596

      Nancy L. Masso
      Assistant U.S. Attorney #201
      600 E. Harrison
      Brownsville, Texas 78520

      Ricardo Garcia
      820 S. Main Street
      McAllen, Texas 78501