*United States District Court*
*Southern District of Texas*
**FILED**
JUL 0 1 2003
Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>FRIENDLY SUIT HEARING</u>

CIVIL ACTION NO. <u>B-02-237</u>     DATE & TIME <u>7/1/03 @ 3:07 - 3:16 PM</u>

COUNSEL:

| | | |
|---|---|---|
| <u>NICOLAS REYES, ET AL</u> | § | <u>SAN JUANITA REYNA CAMPOS</u> |
| VS | § | |
| <u>PORFIRIO ANAYA, ET AL</u> | § | <u>NANCY MASSO, AUSA</u> |
| | § | <u>RICARDO GARCIA, ATTORNEY AD LITEM FOR THE MINOR CHILDREN, JUAN AMAYA, SERGIO REYES & ANISSA REYES</u> |

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter:    Barbara Barnard
CSO:               Figueroa

Case called on the docket.

Nancy Masso, AUSA appeared for the Defts. San Juanita Reyna Campos appeared for the Plaintiffs. Ricardo Garcia appeared as Attorney Ad Litem for the minor children, Juana Amaya, Sergio Reyes & Anissa Reyes.

Parties announce to the Court that the case has settled and have reached an agreement. Parties proceed the read settlement proceeds into the record and will submit final judgment for the Court's consideration.

Court is adjourned.