

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| NICOLAS REYES, Individually and<br>MAGDA REYES, Individually and as<br>Next Friend of Minors, JUAN AMAYA,<br>SERGIO REYES, and ANISSA REYES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION No. B-02-237<br>*<br>*<br>*<br>* |

United States District Court
Southern District of Texas
FILED

JUL 0 9 2003

Michael N. Milby
Clerk of Court

### NOTICE OF SUBMISSION OF PROPOSED ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT (UNOPPOSED)

TO THE HONORABLE JUDGE OF SAID COURT:

On July 2, 2003, this Court held a friendly suit hearing. Attached is a proposed "Order Approving Stipulation for Compromise Settlement" for the Court's review and consideration.

### STATEMENT OF CONSULTATION

On July 8, 2003, the undersigned was advised that neither the guardian ad litem-Ricardo Garcia-nor plaintiffs' attorney-San Juanita R. Campos-opposed the submission of this proposed order for the Court's consideration.

Respectfully Submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

Date: July 9, 2003

NANCY L. MASSO
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL:  (956) 548-2554
FAX:  (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing "Notice of Submission of Proposed Order Approving Stipulation for Compromise Settlement (Unopposed)" was mailed on this the 9th day of July, 2003 via Certified Mail, Return Receipt Requested to San Juanita R. Campos, Attorney at Law, LAW OFFICES OF EZEQUIEL REYNA, JR., L.L.P., 702 W. Expressway 83, Suite 100, Weslaco, Texas 78596 and attorney/guardian *ad litem*, Ricardo Garcia, Attorney at Law, 820 S. Main, McAllen, TX 78501.

NANCY L. MASSO
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NICOLAS REYES, Individually and<br>MAGDA REYES, Individually and as<br>Next Friend of Minors, JUAN AMAYA,<br>SERGIO REYES, and ANISSA REYES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION No. B-02-237<br>*<br>*<br>*<br>* |

### ORDER APPROVING STIPULATION
### FOR COMPROMISE SETTLEMENT

On July 2, 2003, a Friendly Suit Hearing was held. Present at the hearing were: Assistant U.S. Attorney Nancy L. Masso, attorney for the defendant; San Juana R. Campos, attorney for the plaintiffs; Ricardo Garcia, the court appointed *attorney/guardian ad litem* for the minors/plaintiffs, Juan Amaya, Sergio Reyes, and Anissa Reyes, and Plaintiff Magda Reyes.

This Court heard the testimony of Magda Reyes (Plaintiff and mother of the minors named herein) and the opinions of the *attorney/guardian ad litem* and is satisfied that the settlement is fair and reasonable. This Court also approves the plaintiffs' request and the *guardian ad litem's* request that the monies delegated to the individual minor plaintiffs be disbursed to the parents/plaintiffs–Nicolas and Magda Reyes--who are admonished that said funds are for the sole benefit of the minors/plaintiffs Juan Amaya, Sergio Reyes, and Anissa Reyes. The parties are further admonished that by acceptance of this settlement agreement by the parents/plaintiffs and the attorney/guardian ad litem herein, the minors, Juan Amaya, Sergio Reyes, and Anissa Reyes, would be prohibited (once they turn 18 years old) from filing suit against the defendant for any claims arising from the incident at issue in this suit. And finally, the Court is satisfied that the *ad litem* fees of $1,500.00 are fair and reasonable.

IT IS THEREFORE ORDERED, that the terms of Settlement are APPROVED as set forth in the Stipulation for Compromise Settlement;

IT IS FURTHER ORDERED, that Defendant make appropriate arrangements for the disbursal of the settlement funds and ad litem fees in accordance with the Stipulation for Compromise Settlement and this Order.

Signed _____, 2003, in Brownsville, Texas.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE