IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NICOLAS REYES, Individually and
MAGDA REYES, Individually and as
Next Friend of Minors, JUAN AMAYA,
SERGIO REYES, and ANISSA REYES,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

CIVIL ACTION No. B-02-237

United States District Court
Southern District of Texas
FILED

JUL 0 9 2003

Michael N. Milby
Clerk of Court

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Nicolas and Magda Reyes, plaintiffs, and their minor children Juan Amaya, Sergio Reyes, and Anissa Reyes, also plaintiffs herein, by and through their attorney San Juanita Campos and *guardian/attorney ad litem* Ricardo Garcia, and the United States of America, defendant, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America agrees to pay to the plaintiffs the total sum of $33,000.00 which shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which plaintiffs or their heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiffs and their heirs, executors, administrators or assigns hereby agree to accept the total sum of $33,000.00 from the United States of America in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiffs and their heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiffs or their heirs, executors, administrators or assigns against any third party, or against the United States, including claims for wrongful death.

4. Attorney, Ricardo Garcia, appointed by the Court to act as the Guardian ad litem for the plaintiffs/minors Juan Amaya, Sergio Reyes, and Anissa Reyes, warrants that he has met with the minors, their parents and their attorney, that he has reviewed all available records and pleadings in the case, and is in full agreement that the terms as set forth herein are supportive of plaintiffs/minors interests.

5. Plaintiffs further agree to reimburse, indemnify and hold harmless the United States of America, its agent, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation.

6. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

7. It is also agreed, by and among the parties, that the total settlement amount of $33,000.00 represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the plaintiffs to their attorney San Juanita Campos and/or the Law Offices of Ezequiel Reyna, Jr., L.L.P., will be paid out of the settlement in accordance with applicable statutory provisions and not in addition thereto. Any amount from this total sum of $33,000.00 to be set aside or otherwise designated to any of the plaintiffs that are minors will be determined by the Plaintiffs' attorney and the *guardian/attorney ad litem* in this action and, if necessary, the Court.

8. It is also agreed and understood the United States shall pay the fees for Ricardo Garcia, the *guardian/attorney ad litem*. The parties have agreed that Ricardo Garcia shall be paid a fee of $1,500.00 for his time and services in connection with this lawsuit. Ricardo Garcia's Tax Payer I.D. No. is 74-2375297. His mailing address is 820 South Main Street, McAllen, Texas 78501. It is also understood by and among the parties that pursuant to 28 U.S.C. §2678, attorneys fees for services–other than the *ad litem* fees mentioned *supra*-- rendered in connection with this action shall not exceed 25 per cent of the amount of the compromise settlement.

9. The United States of America shall disburse its payment by a check drawn on the Treasury of the United States for $33,000.00 and made payable to Plaintiffs' attorney San Juanita Campos (Tax Payer I.D. No. 74-2654740) and plaintiffs, Nicolas and Magda Reyes, plaintiffs, and their minor children Juan Amaya, Sergio Reyes, and Anissa Reyes, also plaintiffs. This check will be sent to plaintiffs' attorney, San Juanita Campos at LAW OFFICES OF EZEQUIEL REYNA, JR., L.L.P., 702 W. Expressway 83, Suite 100, Weslaco, Texas 78596. Ms. Campos agrees to distribute the settlement proceeds to the plaintiffs in accordance with this agreement and any agreement and or orders from the Court concerning the plaintiffs that are minors in this lawsuit.

10. In consideration of the payment of $33,000.00 from the United States of America as set forth above, plaintiffs agree that they will cause their attorney to execute and file with the Court such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice from the docket of the Court.

**APPROVED AS TO SUBSTANCE AND FORM:**

Date: 7/1/03

*UNITED STATES OF AMERICA,*
*Defendant,*

THROUGH:
MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554   FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

*NICOLAS REYES and MAGDA REYES, Individually and as*
*Next Friend of Minors, JUAN AMAYA,*
*SERGIO REYES, and ANISSA REYES,*
*Plaintiffs,*

Date: 7-07-03

NICOLAS REYES, Plaintiff

Date: 7-01-03

MAGDA REYES, Plaintiff

Date: 7-7-03

SAN JUANITA R. CAMPOS
Attorney at Law
LAW OFFICES OF EZEQUIEL REYNA, JR., LLP
702 W. Expressway 83, Suite 100
Weslaco, TX 78596
Tel:   (956) 968-9556  Fax: (956) 969-8012
Texas Bar No. 03733090
Federal ID No. 10044

*For JUAN AMAYA, SERGIO REYES, and ANISSA REYES,*
*Plaintiffs (who are minors),*

Date: 7/8/03

/s/ Ricardo Garcia
RICARDO GARCIA, Guardian/Attorney Ad Litem
Attorney at Law
820 S. Main
McAllen, TX 78501
Tel:   (956) 630-2882  Fax: (956) 630-5393
Texas Bar No. 07643200
Federal ID No. 1095

3