IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

NICOLAS REYES, Individually and
MAGDA REYES, Individually and as
Next Friend of Minors, JUAN AMAYA,
SERGIO REYES, and ANISSA REYES,

Plaintiffs,

v.                                    CIVIL ACTION No. B-02-237

UNITED STATES OF AMERICA,

Defendant.



**ORDER APPROVING STIPULATION
FOR COMPROMISE SETTLEMENT**

On July 2, 2003, a Friendly Suit Hearing was held. Present at the hearing were: Assistant U.S. Attorney Nancy L. Masso, attorney for the defendant; San Juana R. Campos, attorney for the plaintiffs; Ricardo Garcia, the court appointed *attorney/guardian ad litem* for the minors/plaintiffs, Juan Amaya, Sergio Reyes, and Anissa Reyes, and Plaintiff Magda Reyes.

This Court heard the testimony of Magda Reyes (Plaintiff and mother of the minors named herein) and the opinions of the *attorney/guardian ad litem* and is satisfied that the settlement is fair and reasonable. This Court also approves the plaintiffs' request and the *guardian ad litem's* request that the monies delegated to the individual minor plaintiffs be disbursed to the parents/plaintiffs--Nicolas and Magda Reyes--who are admonished that said funds are for the sole benefit of the minors/plaintiffs Juan Amaya, Sergio Reyes, and Anissa Reyes. The parties are further admonished that by acceptance of this settlement agreement by the parents/plaintiffs and the attorney/guardian ad litem herein, the minors, Juan Amaya, Sergio Reyes, and Anissa Reyes, would be prohibited (once they turn 18 years old) from filing suit against the defendant for any claims arising from the incident at issue in this suit. And finally, the Court is satisfied that the *ad litem* fees of $1,500.00 are fair and reasonable.

IT IS THEREFORE ORDERED, that the terms of Settlement are APPROVED as set forth in the Stipulation for Compromise Settlement;

IT IS FURTHER ORDERED, that Defendant make appropriate arrangements for the disbursal of the settlement funds and ad litem fees in accordance with the Stipulation for Compromise Settlement and this Order.

Signed July 16, 2003, in Brownsville, Texas.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE