21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NICOLAS REYES, INDIVIDUALLY, and | § | |
| MAGDA REYES, INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF MINORS JUAN AMAYA, | § | |
| SERGIO REYES AND ANISSA REYES | § | |
| | § | |
| V. | § | CASE NO. B-02-237 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs and Defendant file this stipulation of dismissal under Federal Rules of Civil Procedure 41(a)(1)(ii).

1.  Plaintiffs are Nicolas Reyes, Individually, and Magda Reyes, Individually and As Next Friend of Minors Juan Amaya, Sergio Reyes and Anissa Reyes, minors.

2.  On December 30, 2002, Plaintiff sued Defendant.

3.  Plaintiff moves to dismiss the suit.

4.  Defendant, who has answered, agrees to the dismissal

5.  This case is not a class action.

6.  A receiver has not been appointed in this action.

7.  This case is not governed by a Federal Statute that requires an order of the Court for dismissal of the case.

8.  Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

J:\CLIENT\Wk\Reyes, Nicolas\Pleadings\Stipulation and Order of Dismissal.wpd

-1-

9.      This dismissal is with prejudice.

Respectfully submitted,

LAW OFFICES OF EZEQUIEL REYNA, JR., L.L.P.

By:_____
        San Juanita R. Campos
        Federal Bar No. 10044
        State Bar No.  03733090
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
(956) 968-9556 Telephone
(956) 969-8012 Facsimile


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Stipulation of Dismissal has been served on this the ___19th___ day of September, 2003, to the following:

Nancy L. Masso, Assistant U.S. Attorney
Michael T. Shelby, U.S. Attorney
600 E. Harrison, No. 201
Brownsville, Texas 78520
*Via Certified Mail Return Receipt Requested No. _____*

_____
        San Juanita R. Campos