IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NICOLAS REYES, Individually and MAGDA REYES, Individually and as Next Friend of Minors, JUAN AMAYA, SERGIO REYES, and ANISSA REYES, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | CIVIL ACTION No. B-02-237 |

## DEFENDANT'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Defendant herein, by and through the United States Attorney for the Southern District of Texas, Michael T. Shelby, moves to dismiss this lawsuit, with prejudice, in accordance with the terms of settlement reached between the parties herein. The settlement was approved by this Court, and the funds have been disbursed to all parties in accordance with the Stipulation for Compromise Settlement entered into by the parties.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court sign and cause to be entered an Order dismissing this lawsuit, *with prejudice*.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## Statement Certifying Consultation

In accordance with the Local Rules for this Court, the undersigned contacted Plaintiffs' attorney, San Juanita R. Campos, on September 29, 2003. She advised that she did not oppose this motion. The undersigned also contacted the court appointed guardian/attorney *ad litem,* Ricardo Garcia. He advised that he did not oppose this motion.

September 29, 2003
Date

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing "Defendant's Unopposed Motion to Dismiss" was mailed on this the 29th day of September, 2003 via Certified Mail, Return Receipt Requested to San Juanita R. Campos, Attorney at Law, LAW OFFICES OF EZEQUIEL REYNA, JR., L.L.P., 702 W. Expressway 83, Suite 100, Weslaco, Texas 78596 and to Ricardo Garcia, Attorney at Law, at 820 S. Main, McAllen, TX 78501.

NANCY L. MASSO
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NICOLAS REYES, Individually and<br>MAGDA REYES, Individually and as<br>Next Friend of Minors, JUAN AMAYA,<br>SERGIO REYES, and ANISSA REYES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | * * * * * * * * * * * * | CIVIL ACTION No. B-02-237 |

## ORDER OF DISMISSAL

Today, this Court considered the "Defendant's Unopposed Motion to Dismiss" this lawsuit, with prejudice. Having reviewed the pleading and noting that a settlement was reached, that the funds of said settlement have been disbursed, and that all parties are in concurrence, this Court finds that the Defendant's motion should be GRANTED.

THEREFORE, IT IS ORDERED, this case be DISMISSED, *with prejudice*. That costs of this suit are to be paid by the parties that incurred same unless otherwise specified by the settlement terms reached herein. Furthermore, the parties are advised that this Court will retain jurisdiction only to the extent necessary to enforce the terms of their settlement agreement.

Signed this _____ day of _____, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE