IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NICOLAS REYES, Individually and<br>MAGDA REYES, Individually and as<br>Next Friend of Minors, JUAN AMAYA,<br>SERGIO REYES, and ANISSA REYES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br><br><br>CIVIL ACTION No. B-02-237 |

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

Today, this Court considered the "Defendant's Unopposed Motion to Dismiss" this lawsuit, with prejudice. Having reviewed the pleading and noting that a settlement was reached, that the funds of said settlement have been disbursed, and that all parties are in concurrence, this Court finds that the Defendant's motion should be GRANTED.

THEREFORE, IT IS ORDERED, this case be DISMISSED, *with prejudice*. That costs of this suit are to be paid by the parties that incurred same unless otherwise specified by the settlement terms reached herein. Furthermore, the parties are advised that this Court will retain jurisdiction only to the extent necessary to enforce the terms of their settlement agreement.

Signed this 2nd day of October, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE